ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    - v -

DAVID BECKER,

           Defendant.

- - - - - - - - - - - - - - - - - -x

NOTICE OF INTENT TO
FILE AN INFORMATION

06 CRM. 881

*Judge Hollerstein*

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           September 13, 2006

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                       JONATHAN R. STREETER
                       Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                       DANIEL J. HORWITZ, ESQ.
                       Attorney for DAVID BECKER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/06

9/18/06    WHEEL A